### SCOTT v VOLKE

Ohio Appeals, 9th Dist, Summit Co

No 2496. Decided Dec 6, 1935

## INDUSTRIAL COMMISSION v BORSET

Ohio Appeals, 2nd Dist, Greene Co

No 406.   Decided Nov 27, 1935

Anderson & Lamb, Youngstown, and Willis Bacon, Akron, for plaintiff in error.

Waters, Andress, Wise, Roetzel & Maxon, Akron, for defendant in error.

## OPINION

**PER CURIAM**

We have reached the conclusion that the right to amend or correct a verdict returned by a jury is governed in this state by statute. If the change is one of substance, it must be made by the jurors before their discharge (§11420-10, GC); if it is one of form only, it may be made by the court, with the assent of the jurors, before their discharge (§11420-11, GC).

Sec 11363, GC, relating to the power of a court as to amendments, does not apply to the amendment of a verdict.

James Clark and others v William Irvin, 9 O. 131, at p. 132.

The trial court committed error in ordering the amendments of the court's record which were made in this case, and it follows that the judgment of the court, which was not based upon a verdict rendered against the plaintiff in error, was erroneous and contrary to law.

The judgment of the trial court on the motion to amend, and the judgment in favor of the defendant in error, is reversed, and the cause remanded.

FUNK, PJ, STEVENS and WASHBURN, JJ, concur in judgment.